MARY K. LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant.

NEW YORK & LONG ISLAND TRACTION COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.